**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

<u>Case Name:</u>  **Bronwyn v. Lowe's Home Centers, LLC, et al.**   <u>Case No.:</u>  **25-cv-03838-LL-JLB**

On June 4, 2019, Plaintiff filed a Notice of Settlement.  (ECF No. 12.)  Accordingly, **IT IS HEREBY ORDERED**:

1.  A Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) shall be electronically filed on or before **<u>July 22, 2026</u>**.[1]

2.  If a Notice of Dismissal is not filed on or before **<u>July 22, 2026</u>**, then a telephonic Settlement Disposition Conference shall be held with Plaintiff's counsel on **<u>July 24, 2026</u>**, at **<u>3:45 p.m.</u>** before Magistrate Judge Jill L. Burkhardt.  For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (619) 657-0677 and use conference identification number 774-339-050.

3.  If a Notice of Dismissal is filed on or before **<u>July 22, 2026</u>**, then the Settlement Disposition Conference shall be vacated.

 Date:  June 29, 2026                                          Initials:  lc1
                                          Chambers of the Hon. Jill L. Burkhardt

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.